■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE CACERES, Appellant. [738 NYS2d 203] —Judgment, Supreme Court, Bronx County (Robert Straus, J.), rendered June 30, 1999, convicting defendant, upon his plea of guilty, of robbery in the first degree, and sentencing him to a term of 4 to 8 years, unanimously affirmed.

The court properly exercised its discretion in denying youthful offender treatment given the seriousness of the crime and defendant's role therein. We perceive no basis for a reduction of sentence. Concur—Mazzarelli, J.P., Ellerin, Lerner, Rubin and Marlow, JJ.